Opinion by JOHNSON, J. At the trial, it was stipulated that the rate of duty was assessed on a quantity of 150 pounds of cigarettes; that the $1.06 per pound rate should have only been assessed on a total quantity of 125 pounds; that the weight of the cigarettes in question is 2½ pounds per thousand cigarettes, or a total of 125 pounds for the 50,000 cigarettes involved in this importation (cases 415–M to 419–M, inclusive). In view of this stipulation, the merchandise was held dutiable at 5 percent ad valorem and $1.06 per pound, under paragraph 605, Tariff Act of 1930, as modified by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108) on the basis of 2½ pounds per thousand cigarettes.

**No. 66011.**—Ebeling & Reuss Company *v.* United States, protests 60/10854, etc. (Philadelphia).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

**No. 66012.**—Charles Sadek Import Co., Inc. *v.* United States, protest 60/18684 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458) the claim of the plaintiff was sustained.

AUGUST 28, 1961

**No. 66013.**—Kaufman & Vinson Co. *v.* United States, protest 325053–K.– Motion of Government for rehearing granted.

AUGUST 29, 1961

**No. 66014.**—Markt & Hammacher Co. and Air Express International Agency, Inc. *v.* United States, protest 324756–K. Plaintiffs' application for rehearing granted.